Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
  Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MUIRHEAD, JAMES F. | § Case No. 15-31355 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 15, 2015.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $   10,800.00

  Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 2,800.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 101.47 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 7,898.53 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/10/2016 and the deadline for filing governmental claims was 03/13/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,830.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,830.00, for a total compensation of $1,830.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.58, for total expenses of $13.58.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/23/2016     By: /s/Ira Bodenstein
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 15-31355
**Case Name:** MUIRHEAD, JAMES F.

**Period Ending:** 11/23/16

**Trustee:** (330129)   Ira Bodenstein
**Filed (f) or Converted (c):** 09/15/15 (f)
**§341(a) Meeting Date:** 10/30/15
**Claims Bar Date:** 05/10/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BMO Harris C/A (Corporate) xx 5819<br>   Orig. Description: BMO Harris C/A (Corporate) xx 5819; Imported from original petition Doc# 17; Exemption: BMO Harris C/A (Corporate) xx 5819  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Chase C/A (Corporate) xx 8783 in banks, savings<br>   Orig. Description: Chase C/A (Corporate) xx 8783 in banks, savings and loan,; Imported from original petition Doc# 17; Exemption: Chase C/A (Corporate) xx 8783  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Chase C/A xx 0150 associations, or credit broker<br>   Orig. Description: Chase C/A xx 0150 associations, or credit brokerage houses, or; Imported from original petition Doc# 17; Exemption: Chase C/A xx 0150  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods & furnishings audio, video,<br>   Orig. Description: Misc household goods & furnishings audio, video, and computer; Imported from original petition Doc# 17; Exemption: Misc household goods & furnishings Necessary wearing  apparel 20 ILCS 1805/10<br>400.00           400.00  -  Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel<br>   Orig. Description: Necessary wearing apparel; Imported from original petition Doc# 17 | 400.00 | 1.00 | | 0.00 | FA |
| 6 | Fidelity 401k other pension or profit sharing pl<br>   Orig. Description: Fidelity 401k other pension or profit sharing plans. Give particulars.; Imported from original petition Doc# 17; Exemption: Fidelity 401k  -  Amount: 110000.00 | 120,000.00 | 0.00 | | 0.00 | FA |
| 7 | 100% interest in Glenbrook Group, Inc. and uninc  (u)<br>   Orig. Description: 100% interest in Glenbrook Group, Inc. which is a debtor in it's own bankruptcy, Case No. 16-02256 | Unknown | 1.00 | | 0.00 | FA |
| 8 | 2002 Chevy Silverado one ton stake bed truck (Co | 5,000.00 | 1.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31355  
**Case Name:** MUIRHEAD, JAMES F.

**Period Ending:** 11/23/16

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 09/15/15 (f)  
**§341(a) Meeting Date:** 10/30/15  
**Claims Bar Date:** 05/10/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
|  | Orig. Description: 2002 Chevy Silverado one ton stake bed truck (Corporate); Imported from original petition Doc# 17 |  |  |  |  |  |
| 9 | 2002 Ford 250 Pick Up (Corporate)<br>Orig. Description: 2002 Ford 250 Pick Up (Corporate); Imported from original petition Doc# 17 | 1,200.00 | 1.00 |  | 0.00 | FA |
| 10 | 2010 Audi TID A3 (needs work EPA non compliant a<br>Orig. Description: 2010 Audi TID A3 (needs work EPA non compliant at time); Imported from original petition Doc# 17; Exemption: 2010 Audi TID A3 (needs work EPA non - Amount: 2400.00; Exemption: compliant at time) - Amount: 1800.00 | 4,200.00 | 0.00 |  | 2,800.00 | FA |
| 11 | Misc tools (Coporate)<br>Orig. Description: Misc tools (Coporate); Imported from original petition Doc# 17 | 18,500.00 | 8,000.00 |  | 8,000.00 | FA |
| 12 | Misc used tools<br>Orig. Description: Misc used tools; Imported from original petition Doc# 17; Exemption: Misc used tools * Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. Case 15-31355          Doc   17 Desc   Main - Amount: 1500.00 | 1,500.00 | 0.00 |  | 0.00 | FA |
| 13 | Northbrook Bank & Trust (Glenbrook Account) (u)<br>This account is a corporate non-debtor account of Glenbrook Roofing & Construction | 30,000.00 | 0.00 |  | 0.00 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$183,000.00** | **$8,004.00** |  | **$10,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2016- complete investigation on ownership of assets

7/7/16-Court enters order granting Trustee's Motion to Compromise with Roofer's (Dkt # 61)which clarifies that misc. tools (asset 11) sold pending further order of court belongs in Muirhead estate not Glenbrook estate (16-02256).

Printed: 11/23/2016 10:12 AM     V.13.28

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31355　　　　　　　　　　　　　　　　　**Trustee:**　　(330129)　　Ira Bodenstein
**Case Name:**　MUIRHEAD, JAMES F.　　　　　　　　　　　**Filed (f) or Converted (c):** 09/15/15 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　10/30/15
**Period Ending:** 11/23/16　　　　　　　　　　　　　　　　**Claims Bar Date:**　　05/10/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**　　December 31, 2016　　　　**Current Projected Date Of Final Report (TFR):**　　December 31, 2016

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 15-31355  
**Case Name:** MUIRHEAD, JAMES F.  
**Taxpayer ID #:** **-***2682  
**Period Ending:** 11/23/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/16 | {10} | James Muirhead | Sale of Equity in the 2010 Audi A3 TDI | 1129-000 | 2,800.00 | | 2,800.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,790.00 |
| 04/02/16 | {11} | James Muirhead | Sale of Equity in Equipment per Order Dted 3/30/16 Dkt # 58 | 1129-000 | 8,000.00 | | 10,790.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.04 | 10,776.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.94 | 10,762.02 |
| 06/22/16 | 101 | Roofers' Benefit Funds | Payment per settlement order dted 6/7/16 Dkt # 61 | 4220-000 | | 2,800.00 | 7,962.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.98 | 7,945.04 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 7,933.36 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.51 | 7,920.85 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.36 | 7,909.49 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 7,898.53 |
| | | | **ACCOUNT TOTALS** | | 10,800.00 | 2,901.47 | **$7,898.53** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 10,800.00 | 2,901.47 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,800.00** | **$2,901.47** | |

Net Receipts: 10,800.00  
Net Estate: $10,800.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******6166** | 10,800.00 | 2,901.47 | 7,898.53 |
| | $10,800.00 | $2,901.47 | $7,898.53 |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2016

**Case Number:** 15-31355  
**Debtor Name:** MUIRHEAD, JAMES F.

Page: 1

**Date:** November 23, 2016  
**Time:** 10:12:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $13.58 | $0.00 | 13.58 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,830.00 | $0.00 | 1,830.00 |
| 1<br>610 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | XX 1041 | $9,923.66 | $0.00 | 9,923.66 |
| 2<br>610 | Roberts Heating & Air Conditioning, Inc<br>1847 Raymond Dr<br>Northbrook, IL 60062 | Unsecured | Claim withdrawal filed 10/19/16 | $0.00 | $0.00 | 0.00 |
| 3<br>610 | BMO Harris Bank, N.A.<br>Howard & Howard Attorneys, Attn: Dan Rubin, 200 S . Michigan Ave. Suite 1100<br>Chicago, IL 60604 | Unsecured | | $30,330.33 | $0.00 | 30,330.33 |
| 4<br>610 | BMO Harris Bank, N.A.<br>Howard & Howard Attorneys, Attn: Dan Rubin, 200 S . Michigan Ave. Suite 1100<br>Chicago, IL 60604 | Unsecured | | $89,803.11 | $0.00 | 89,803.11 |
| 5<br>610 | Granite Re Inc<br>c/o Elizer Law Group LLC<br>5836 Lincoln #200<br>Morton Grove, IL 60053 | Unsecured | GRIL 21574B | $25,445.20 | $0.00 | 25,445.20 |
| NOTFILED<br>610 | ABC Supply One ABC Pkwy<br><br>Beloit, WI 53511 | Unsecured | XX 6536 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Advantage Payroll<br>1600 E Warrenville Rd<br>Napervillle, IL 60153 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | America's Propane<br>522 S Vermont<br>Palatine, IL 60067 | Unsecured | XX 7501 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | BMO Harris Bank NA<br>P O Box 4320<br>Carol Stream, IL 60197 | Unsecured | XX 5788 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Capital One Commercial<br>P O Box 5219<br>Carol Stream, IL 60197 | Unsecured | XX 2051 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chas. F. Albrecht, c/o Johnson & Krol<br>300 S Wacker #1313<br>Chicago, IL 60606 | Unsecured | 15 CV 04216 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase<br>P O Box 15298<br>Wilmington, DE 19850 | Unsecured | XX 9628 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2016

**Case Number:** 15-31355
**Debtor Name:** MUIRHEAD, JAMES F.

Page: 2

**Date:** November 23, 2016
**Time:** 10:12:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Chase<br>P O Box 15298<br>Wilmington, DE 19850 | Unsecured | XX 9527 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>P O Box 15298<br>Wilmington, DE 19850 | Unsecured | XX 8604 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Daniel E. Craig<br>300 Dundee, #321<br>Northbrook, IL 60062 | Unsecured | GLENBROOK GROUP | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Granite Inc<br>14001 Quail Run Dr<br>Oklahoma City, OK 73134 | Unsecured | GRIL 21852B | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Heyl Royster Voelker<br>120 W State - 2nd Flr<br>Rockford, IL 61105 | Unsecured | 15 L 07670 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Howard & Howard<br>200 S Michigan<br>Chicago, IL 60604 | Unsecured | XX 6379 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | IFIC Group/Allegheny Casualty<br>FAX 973 623 8006 Re GLENBROOK GROUP INC<br>Newark, NJ 07102 | Unsecured | XX 8905 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jennifer Haims/Hudson Insurance Group<br>Jhaims@Hudsongroup.Com<br>Calabasas, CA 91302 | Unsecured | GLENBROOK GROUP INC | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | McArthur Insulation Plus<br>4700 - 129th St<br>Butler, WI 53007 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Metal Formers<br>217 Bear Dusk Way<br>Belvidere, IL 61008 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Paychex Inc<br>21820 Burbank Blvd #185<br>Woodland Hills, CA 91367 | Unsecured | XX 4453 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | RMS<br>77 Hrtland St #401<br>East Hartford, CT 06128 | Unsecured | XX 7836 ER | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Robin Brady<br>875 Appletree Court<br>Northbrook, IL 60062 | Unsecured |  | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Stein & Rotman<br>105 W Madison, #600<br>Chicago, IL 60602 | Unsecured | 14 M1 144523 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 10, 2016

**Case Number:** 15-31355  
**Debtor Name:** MUIRHEAD, JAMES F.

Page: 3

**Date:** November 23, 2016  
**Time:** 10:12:22 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | The Blue Book<br>Jefferson Valley, NY 10535 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | TSI Commercial<br>507 Prudential Rd<br>Horsham, PA 19044 | Unsecured | XX 4248 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Union Of Roofers, Waterproofers Local 11<br>FAX 708 345 0981 Re GLENBROOK GROUP INC<br>Westchester, IL 60154 | Unsecured | XX 12-02 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Waste Management<br>700 E Butterfield - 4th Flr<br>Lombard, IL 60148 | Unsecured | XX 3540 | $0.00 | $0.00 | 0.00 |
| << Totals >> | | | | 157,345.88 | 0.00 | 157,345.88 |

**TRUSTEE'S PROPOSED DISTRIBUTION**   Exhibit D

Case No.: 15-31355
Case Name: MUIRHEAD, JAMES F.
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 7,898.53

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,898.53

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,830.00 | 0.00 | 1,830.00 |
| Trustee, Expenses - Ira Bodenstein | 13.58 | 0.00 | 13.58 |

Total to be paid for chapter 7 administration expenses: $ 1,843.58
Remaining balance: $ 6,054.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 6,054.95

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,054.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 155,502.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Capital One Bank (USA), N.A. | 9,923.66 | 0.00 | 386.41 |
| 3 | BMO Harris Bank, N.A. | 30,330.33 | 0.00 | 1,181.00 |
| 4 | BMO Harris Bank, N.A. | 89,803.11 | 0.00 | 3,496.75 |
| 5 | Granite Re Inc | 25,445.20 | 0.00 | 990.79 |

Total to be paid for timely general unsecured claims:  $  6,054.95
Remaining balance:  $  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**