# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MUIRHEAD, JAMES F. | § | Case No. 15-31355 |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $160,300.00
*(without deducting any secured claims)*

Assets Exempt:  $127,900.00

Total Distribution to Claimants: $8,854.95

Claims Discharged
Without Payment: $742,357.35

Total Expenses of Administration: $1,945.05

3)  Total gross receipts of $    10,800.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of  $10,800.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $2,800.00 | $2,800.00 | $2,800.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,945.05 | 1,945.05 | 1,945.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 638,123.00 | 168,102.30 | 155,502.30 | 6,054.95 |
| **TOTAL DISBURSEMENTS** | $638,123.00 | $172,847.35 | $160,247.35 | $10,800.00 |

4) This case was originally filed under Chapter 7 on September 15, 2015. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/12/2017          By: /s/Ira Bodenstein
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Audi TID A3 (needs work EPA non compliant a | 1129-000 | 2,800.00 |
| Misc tools (Coporate) | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | $10,800.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Roofers' Benefit Funds | 4220-000 | N/A | 2,800.00 | 2,800.00 | 2,800.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $2,800.00 | $2,800.00 | $2,800.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,830.00 | 1,830.00 | 1,830.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 13.58 | 13.58 | 13.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 13.04 | 13.04 | 13.04 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 14.94 | 14.94 | 14.94 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 16.98 | 16.98 | 16.98 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 11.68 | 11.68 | 11.68 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 12.51 | 12.51 | 12.51 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 11.36 | 11.36 | 11.36 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 10.96 | 10.96 | 10.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$1,945.05** | **$1,945.05** | **$1,945.05** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 9,923.00 | 9,923.66 | 9,923.66 | 386.41 |
| 2 | Roberts Heating & Air Conditioning, Inc | 7100-000 | 14,000.00 | 12,600.00 | 0.00 | 0.00 |
| 3 | BMO Harris Bank, N.A. | 7100-000 | N/A | 30,330.33 | 30,330.33 | 1,181.00 |
| 4 | BMO Harris Bank, N.A. | 7100-000 | N/A | 89,803.11 | 89,803.11 | 3,496.75 |
| 5 | Granite Re Inc | 7100-000 | 21,290.00 | 25,445.20 | 25,445.20 | 990.79 |
| NOTFILED | Metal Formers | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Paychex Inc | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IFIC Group/Allegheny Casualty | 7100-000 | unknown | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | McArthur Insulation Plus | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Jennifer Haims/Hudson Insurance Group | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | RMS | 7100-000 | 410.00 | N/A | N/A | 0.00 |
| NOTFILED | Stein & Rotman | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Union Of Roofers, Waterproofers Local 11 | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | The Blue Book | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | TSI Commercial | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Robin Brady | 7100-000 | 50,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Howard & Howard | 7100-000 | 145,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Granite Inc | 7100-000 | 18,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Heyl Royster Voelker | 7100-000 | 55,000.00 | N/A | N/A | 0.00 |
| NOTFILED | ABC Supply One ABC Pkwy | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Advantage Payroll | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | America's Propane | 7100-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank NA | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Daniel E. Craig | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 27,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Commercial | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chas. F. Albrecht, c/o Johnson & Krol | 7100-000 | 185,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $638,123.00 | $168,102.30 | $155,502.30 | $6,054.95 |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 15-31355 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** MUIRHEAD, JAMES F. | **Filed (f) or Converted (c):** 09/15/15 (f) |
| | **§341(a) Meeting Date:** 10/30/15 |
| **Period Ending:** 07/12/17 | **Claims Bar Date:** 05/10/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | BMO Harris C/A (Corporate) xx 5819 Orig. Description: BMO Harris C/A (Corporate) xx 5819; Imported from original petition Doc# 17; Exemption: BMO Harris C/A (Corporate) xx 5819 - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 2 | Chase C/A (Corporate) xx 8783 in banks, savings Orig. Description: Chase C/A (Corporate) xx 8783 in banks, savings and loan,; Imported from original petition Doc# 17; Exemption: Chase C/A (Corporate) xx 8783 - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Chase C/A xx 0150 associations, or credit broker Orig. Description: Chase C/A xx 0150 associations, or credit brokerage houses, or; Imported from original petition Doc# 17; Exemption: Chase C/A xx 0150 - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods & furnishings audio, video, Orig. Description: Misc household goods & furnishings audio, video, and computer; Imported from original petition Doc# 17; Exemption: Misc household goods & furnishings Necessary wearing apparel 20 ILCS 1805/10 400.00        400.00 - Amount: 700.00 | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Necessary wearing apparel Orig. Description: Necessary wearing apparel; Imported from original petition Doc# 17 | 400.00 | 1.00 | | 0.00 | FA |
| 6 | Fidelity 401k other pension or profit sharing pl Orig. Description: Fidelity 401k other pension or profit sharing plans. Give particulars.; Imported from original petition Doc# 17; Exemption: Fidelity 401k - Amount: 110000.00 | 120,000.00 | 0.00 | | 0.00 | FA |
| 7 | 100% interest in Glenbrook Group, Inc. and uninc (u) Orig. Description: 100% interest in Glenbrook Group, Inc. which is a debtor in it's own bankruptcy, Case No. 16-02256 | Unknown | 1.00 | | 0.00 | FA |
| 8 | 2002 Chevy Silverado one ton stake bed truck (Co | 5,000.00 | 1.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-31355 | **Trustee:** (330129)  Ira Bodenstein |
| **Case Name:** MUIRHEAD, JAMES F. | **Filed (f) or Converted (c):** 09/15/15 (f) |
| | **§341(a) Meeting Date:** 10/30/15 |
| **Period Ending:** 07/12/17 | **Claims Bar Date:** 05/10/16 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Description: 2002 Chevy Silverado one ton stake bed truck (Corporate); Imported from original petition Doc# 17 | | | | | |
| 9 | 2002 Ford 250 Pick Up (Corporate)<br>Orig. Description: 2002 Ford 250 Pick Up (Corporate); Imported from original petition Doc# 17 | 1,200.00 | 1.00 | | 0.00 | FA |
| 10 | 2010 Audi TID A3 (needs work EPA non compliant a<br>Orig. Description: 2010 Audi TID A3 (needs work EPA non compliant at time); Imported from original petition Doc# 17; Exemption: 2010 Audi TID A3 (needs work EPA non  -  Amount: 2400.00; Exemption: compliant at time)  -  Amount: 1800.00 | 4,200.00 | 0.00 | | 2,800.00 | FA |
| 11 | Misc tools (Coporate)<br>Orig. Description: Misc tools (Coporate); Imported from original petition Doc# 17 | 18,500.00 | 8,000.00 | | 8,000.00 | FA |
| 12 | Misc used tools<br>Orig. Description: Misc used tools; Imported from original petition Doc# 17; Exemption: Misc used tools * Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment. Case 15-31355            Doc   17<br>Desc   Main - Amount: 1500.00 | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | Northbrook Bank & Trust (Glenbrook  Account) (u)<br>This account is a corporate non-debtor account  of Glenbrook Roofing & Construction | 30,000.00 | 0.00 | | 0.00 | FA |
| 13 | **Assets    Totals** (Excluding unknown values) | **$183,000.00** | **$8,004.00** | | **$10,800.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/17 - prepare TDR

3/31/2016- complete investigation on ownership of assets

7/7/16-Court enters order granting Trustee's Motion to Compromise with Roofer's (Dkt # 61)which clarifies that misc. tools (asset 11) sold pending further order of court belongs in Muirhead estate not Glenbrook estate (16-02256).

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 15-31355 | **Trustee:** (330129) Ira Bodenstein |
| **Case Name:** MUIRHEAD, JAMES F. | **Filed (f) or Converted (c):** 09/15/15 (f) |
| | **§341(a) Meeting Date:** 10/30/15 |
| **Period Ending:** 07/12/17 | **Claims Bar Date:** 05/10/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2016        **Current Projected Date Of Final Report (TFR):**    November 28, 2016  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 15-31355 | |
| **Case Name:** MUIRHEAD, JAMES F. | |
| | |
| **Taxpayer ID #:** \*\*-\*\*\*2682 | |
| **Period Ending:** 07/12/17 | |

| | |
|---|---|
| **Trustee:** | Ira Bodenstein (330129) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | \*\*\*\*\*\*6166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/16 | {10} | James Muirhead | Sale of Equity in the 2010 Audi A3 TDI | 1129-000 | 2,800.00 | | 2,800.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,790.00 |
| 04/02/16 | {11} | James Muirhead | Sale of Equity in Equipment per Order Dted 3/30/16 Dkt # 58 | 1129-000 | 8,000.00 | | 10,790.00 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.04 | 10,776.96 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.94 | 10,762.02 |
| 06/22/16 | 101 | Roofers' Benefit Funds | Payment per settlement order dted 6/7/16 Dkt # 61 | 4220-000 | | 2,800.00 | 7,962.02 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.98 | 7,945.04 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.68 | 7,933.36 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.51 | 7,920.85 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.36 | 7,909.49 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.96 | 7,898.53 |
| 12/30/16 | 102 | Ira Bodenstein | Dividend paid 100.00% on $13.58, Trustee Expenses;  Reference: | 2200-000 | | 13.58 | 7,884.95 |
| 12/30/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $1,830.00, Trustee Compensation;  Reference: | 2100-000 | | 1,830.00 | 6,054.95 |
| 12/30/16 | 104 | Capital One Bank (USA), N.A. | Dividend paid   3.89% on $9,923.66; Claim# 1; Filed: $9,923.66; Reference: XX 1041 | 7100-000 | | 386.41 | 5,668.54 |
| 12/30/16 | 105 | BMO Harris Bank, N.A. | Dividend paid   3.89% on $30,330.33; Claim# 3; Filed: $30,330.33; Reference: | 7100-000 | | 1,181.00 | 4,487.54 |
| 12/30/16 | 106 | BMO Harris Bank, N.A. | Dividend paid   3.89% on $89,803.11; Claim# 4; Filed: $89,803.11; Reference: | 7100-000 | | 3,496.75 | 990.79 |
| 12/30/16 | 107 | Granite Re Inc | Dividend paid   3.89% on $25,445.20; Claim# 5; Filed: $25,445.20; Reference: GRIL 21574B | 7100-000 | | 990.79 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,800.00 | 10,800.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,800.00 | 10,800.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$10,800.00** | **$10,800.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-31355 |
| Case Name: | MUIRHEAD, JAMES F. |
| Taxpayer ID #: | **-***2682 |
| Period Ending: | 07/12/17 |

| | |
|---|---|
| Trustee: | Ira Bodenstein (330129) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******6166 - Checking Account |
| Blanket Bond: | $5,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 10,800.00 |
| Net Estate : | $10,800.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******6166 | 10,800.00 | 10,800.00 | 0.00 |
| | $10,800.00 | $10,800.00 | $0.00 |